**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **17–22772 – WIL**   Chapter: **7**

**Rosemary McBride Hainey**
Debtor

## ORDER DENYING
## MOTION FOR AN ORDER OF CONTEMPT AND SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY

Upon consideration of the Motion for an Order of Contempt and Sanctions for Violation of the Automatic Stay filed by the debtor, against Acess Group, Alltran Educational Inc., Kind & Dashoff, Benjamin Hiassen, and Steven R. Freeman, and the oppositions filed, and for the reasons set forth on the record at the hearing held on this matter, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for an Order of Contempt and Sanctions for Violation of the Automatic Stay is hereby denied.

cc:   Debtor

  Attorney for Debtor – PRO SE
  All Parties
  All Counsel
  Case Trustee – Laura J. Margulies

  U.S. Trustee

### End of Order

44x01 (rev. 06/19/1998) – sward